## NANCY B. NORFOLK *v.* JAMES E. CONNOR.

[No. 61, October Term, 1934.]

*Decided January 15, 1935.*

The cause was argued before BOND, C.J., URNER, OF-FUTT, PARKE, and SLOAN, JJ.

*P. August Grill,* for the appellant.

*John B. Gray, Jr.,* with whom were *John B. Gray & Son* on the brief, for the appellee.

SLOAN, J., delivered the opinion of the Court.